■ Thomas F. Devlin, Appellant, v Raymond Desamours, Respondent, et al., Defendants. [40 NYS3d 898]—

Order, Supreme Court, New York County (Leticia M. Ramirez, J.), entered on or about March 4, 2016, which denied plaintiff's motion to strike the answer of defendant Raymond Desamours, and ordered him to appear for deposition within 30 days or be precluded from testifying, unanimously affirmed, without costs.

It is within the trial court's discretion to determine the appropriate penalty for noncompliance with discovery orders, "and the sanction will remain undisturbed unless there has been a clear abuse of discretion" (*Merrill Lynch, Pierce, Fenner & Smith, Inc. v Global Strat Inc.*, 22 NY3d 877, 880 [2013]). The record on appeal does not indicate a clear abuse of discretion. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Kahn, JJ.